FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 JAN 26  P 2: 27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

GWEN HUDSON and
CYNTHIA MARTIN,

    Plaintiffs,

v.                                      Case No. 3:03-cv-205-J-20-TEM

AT&T CORPORATION d/b/a
AT&T BROADBAND,

    Defendant.
_____/

## ORDER

Before the Court is the Parties' Stipulation for Dismissal (Doc. No. 130, filed January 25, 2006). In accordance with the stipulation, all claims in this action are **DISMISSED without prejudice**. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 26th day of January, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Anthony J. Bolognese, Esq.
Christopher M. Larmoyeux, Esq.
Kenneth M. Kirschner, Esq.
Maurice Johnny Hall, Esq.
Natalie Finkelman Bennett, Esq.
Richard D. Greenfield, Esq.
Scott R. Shepherd, Esq.
Jaime A. Bianchi, Esq.
Robert Bruce George, Esq.
Rutledge Richardson Liles, Esq.
Stephen M. Corse, Esq.
Garry Randolph, CRD