FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 FEB 21   A 11: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

GWEN HUDSON and
CYNTHIA MARTIN,

    Plaintiffs,

v.                                      Case No. 3:03-cv-205-J-20-TEM

AT&T CORPORATION d/b/a
AT&T BROADBAND,

    Defendant.
_____/

## ORDER

Before the Court is a Joint Motion to Reopen the Case (Doc. No. 132, filed February 16, 2006), to have this matter dismissed with prejudice. On January 25, 2006, the Parties filed a Stipulation of Dismissal, which the Court granted (see Doc. No. 130, filed January 25, 2006). As the Stipulation did not request that the case be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), the case was dismissed without prejudice (see Doc. No. 131, filed January 26, 2006). The Parties now seek to have this case dismissed in a manner consistent with the intent of the Parties and the terms of the Settlement Agreement. The Clerk is directed to dismiss this case **with prejudice** and the Joint Motion to Reopen the Case (Doc. No. 132) is **DENIED as moot.**

    **DONE AND ENTERED** at Jacksonville, Florida, this 21st day of February, 2006.

HARVEY E. SCHLESINGER
United States District Judge

1

**Copies to**:
Anthony J. Bolognese, Esq.
Christopher M. Larmoyeux, Esq.
Kenneth M. Kirschner, Esq.
Maurice Johnny Hall, Esq.
Natalie Finkelman Bennett, Esq.
Richard D. Greenfield, Esq.
Scott R. Shepherd, Esq.
Jaime A. Bianchi, Esq.
Robert Bruce George, Esq.
Rutledge Richardson Liles, Esq.
Stephen M. Corse, Esq.
Garry Randolph, CRD